*Winslow Van Horne, Karl J. Stipher,* Deputy Attorneys General, and *Louis B. Ewbank* for appellees.

No. 121, Misc.   EX PARTE WHITE; and
No. 123, Misc.   EX PARTE WELLS.   March 31, 1947. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 122, Misc.   EX PARTE PORESKY.   March 31, 1947. The motion for leave to file petition for writ of mandamus is denied.

No. 124, Misc.   EX PARTE STANDARD OIL COMPANY OF INDIANA.   March 31, 1947.   The motion for leave to file petition for writ of mandamus and/or prohibition and/or certiorari is denied.   *Buell F. Jones, C. Henry Austin, Fred L. Williams, Robert F. Schlafly* and *Roland F. O'Bryen* for petitioner.

No. 141.   CONFEDERATED BANDS OF UTE INDIANS *v.* UNITED STATES.   March 31, 1947.   Order entered amending opinion.

No. 288.   RICHARDSON ET AL. *v.* KELLY, RECEIVER. March 31, 1947.   The motion of petitioner to retax costs is denied.